**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6423

CHESTER LAMBERT LILLEY, JR.,

    Plaintiff - Appellant,

    v.

ANDREW WARREN; CRAIG DANCY, Lt.,

    Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, Chief District Judge.  (5:16-cv-00030-FDW)

Submitted:  May 26, 2016                Decided:  June 1, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chester Lambert Lilley, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lambert Lilley, Jr., appeals the district court's order and judgment dismissing his 42 U.S.C. § 1983 (2012) complaint for failing to state a claim under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lilley v. Warren, No. 5:16-cv-00030-FDW (W.D.N.C. Mar. 10, 2016). We deny Lilley's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2